UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

David Verschoor,

                  Plaintiff,

v.

Volkswagen Group of America, Inc., et al.,
*a corporation*

                  Defendants.

Case No. 16-cv-1256-MJD-KMM

ORDER

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Kate Menendez, dated June 17, 2016.  No objections have been filed to that Report and Recommendation in the time period permitted.  Based upon the Report and Recommendation of the Magistrate Judge, upon all of the files, records, and proceedings herein, the Court now makes and enters the following Order.

**For all these reasons, IT IS HEREBY RECOMMENDED that:**

    1.    Plaintiff's motion to remand (ECF No. 3) should be **DENIED WITHOUT PREJUDICE** and Plaintiff be permitted to either renew the motion to remand before the MDL court if the case is transferred, or in this proceeding in the event the JPML vacates its conditional transfer order.

    2.    Defendants' motion to stay (ECF No. 11) be **GRANTED**.

Date:  July 20, 2016                                s/Michael J. Davis  
                                                   MICHAEL J. DAVIS  
                                                   United States District Court Judge